IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JANE DOE, | Civil Action No.: 2:23-cv-01422-NBF |
| Plaintiff, | The Honorable Nora Barry Fischer |
| v. | |
| SELECT SPECIALTY HOSPITAL-PITTSBURGH/UPMC, INC. AND TATIA FIRESTONE, and TATIA FIRESTONE, an adult individual, | JURY TRIAL DEMANDED |
| Defendants. | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

The parties to the above-captioned action, through their respective undersigned counsel, hereby agree and stipulate to dismiss the instant action with prejudice.

Respectfully submitted,

**HKM EMPLOYMENT ATTORNEYS LLP**

By:  /s *Stephanie L. Solomon*
Stephanie L. Solomon / PA ID 208056
Amy E. Mathieu / PA ID 323093
HKM Employment Attorneys, LLP
220 Grant Street, Suite 401
Pittsburgh, PA 15219
412-308-9716
ssolomon@hkm.com
amathieu@hkm.com

*Counsel for Plaintiff*

**THOMAS, THOMAS & HAFER LLP**

By:  *s/ Karin M. Romano*
Suzanne B. Merrick / Pa. ID 47724
Thomas P. McGinnis / Pa. ID 46666
Karin M. Romano / Pa. ID 92068
Thomas, Thomas & Hafer LLP
US Steel Tower
600 Grant Street, Suite 2600
Pittsburgh, PA 15219
412-697-7403
smerrick@tthlaw.com
tmcginnis@tthlaw.com
kromano@tthlaw.com

*Counsel for Defendants*

**IT IS SO ORDERED**:

Date: 5/22/2024

*s/Nora Barry Fischer*
The Honorable Nora Barry Fischer